**Fill in this information to identify the case:**

Debtor name  **SAS OneSource, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-10845**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 24, 2020**      X **/s/ Todd Walter**
                                        Signature of individual signing on behalf of debtor

                                        **Todd Walter**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SAS OneSource, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10845**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **3,394,155.34**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     **3,394,155.34**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **832,264.62**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **4,902,989.43**

4.    Total liabilities .......................................................................................................................
    Lines 2 + 3a + 3b    $     **5,735,254.05**

**Fill in this information to identify the case:**

Debtor name    **SAS OneSource, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10845**

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $77,088.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank, N.A.** | **Operating Account** | **6174** | $6,005.11 |
| 3.2. | **Wells Fargo Bank, N.A.** | **Operating Account** | **1312** | $0.00 |
| 3.3. | **Wells Fargo Bank, N.A.** | **Depository Account** | **6208** | $0.00 |
| 3.4. | **Wells Fargo Bank, N.A.** | **Depository Account** | **6216** | $0.00 |
| 3.5. | **Wells Fargo Bank, N.A.** | **Checking** | **3645** | $0.00 |
| 3.6. | **Wells Fargo Bank, N.A.** | **Checking** | **3637** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **SAS OneSource, Inc.** | | Case number *(If known)* **20-10845** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | Wells Fargo Bank, N.A. | Collateral Account (Inactive) | 9476 | $0.00 |
| 3.8. | Wells Fargo Bank, N.A. | Collateral Account | 9773 | $0.00 |
| 3.9. | Wells Fargo Bank, N.A. | Collateral Account (Inactive) | 4149 | $0.00 |
| 3.10. | Webster Bank | Collateral Account (Inactive) | 3946 | $0.00 |
| 3.11. | Wells Fargo Bank, N.A. | Collateral Account | 1609 | $0.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|
| 4.1. | Restricted Certificate of Deposit with Wells Fargo Bank, N.A. as collateral for a letter of credit issued to Sator Realty, Inc. | $511,017.48 |
| 4.2. | Cash with Webster Bank as collateral for a letter of credit issued to cover a tail period of liability in connection with transition from a self-insured workers compensation program to a fully-insured program. | $525,529.45 |
| 4.3. | Cash deposit with Wells Fargo to collateralize an import bond, allowing import of overseas inventory. | $50,016.30 |

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,169,656.34 |

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Various Utility Deposits | $3,913.00 |
| 7.2. | Cash to Fund ATM | $3,760.00 |
| 7.3. | Worker's Comp Deposit | $60,000.00 |

| Debtor | **SAS OneSource, Inc.** | Case number *(If known)* | **20-10845** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.4. | **Gen. Liability Ins. Administrator** | **$10,000.00** |

| | | |
|---|---|---|
| 7.5. | **Misc. Deposits** | **$1,387.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Liability Insurance** | **$137,748.00** |

| | | |
|---|---|---|
| 8.2. | **Prepaid Worker's Comp.** | **$143,303.00** |

| | | |
|---|---|---|
| 8.3. | **Prepaid Alliant Commissions** | **$12,154.00** |

| | | |
|---|---|---|
| 8.4. | **Prepaid Rent** | **$520,368.00** |

| | | |
|---|---|---|
| 8.5. | **Prepaid CAM and Real Estate Tax** | **$99,118.00** |

| | | |
|---|---|---|
| 8.6. | **Misc. Prepayments (Books and records reflect additional $101,582 and $241,445 prepayments, however these additional amounts are purely the results of a GAAP accounting calculation, and do not reflect actual prepayments made.)** | **$225,308.00** |

9.  **Total of Part 2.**      $1,217,059.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **1,081,937.00** | - | **119,083.00** | = .... | **$962,854.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **26,227.00** | - | **4,210.00** | =.... | **$22,017.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **SAS OneSource, Inc.** | | Case number *(If known)* | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

**12.   Total of Part 3.**                                                                                                           $984,871.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                  % of ownership

| | | | |
|---|---|---|---|
| 15.1. | **OneSource Service, Inc.** | **100**  % | **Unknown** |

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.   Total of Part 4.**                                                                                                           $0.00

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** **Inventory/supplies.** | | **$2,253,373.21** | | **Unknown** |
| **22.   Other inventory or supplies** | | | | |

**23.   Total of Part 5.**                                                                                                           $0.00

Add lines 19 through 22.  Copy the total to line 84.

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value                              Valuation method                              Current Value

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **SAS OneSource, Inc.** | Case number *(If known)* | **20-10845** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous office furniture (spa furniture, massage tables, hair stations, pedicure thrones, relaxation room furniture, microderm abrasion machines, oxygen machines, etc.)** | **$1,362,326.00** | | Unknown |
| 40. | **Office fixtures**<br>**Leasehold improvements (walls, plumbing fixtures, carpeting, signage, etc.)** | **$7,710,731.00** | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous office equipment (routers, PCs, printers, POS sytems, WiFi equipment, etc.)** | **$174,605.00** | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.   **Miscellaneous artwork** | **$151,730.00** | | Unknown |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **SAS OneSource, Inc.**                                    Case number *(If known)*  **20-10845**
          <sub>Name</sub>

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Capital Lease for Nimble Server (C1K-2P-42T-D<br>CS1000 Base Array) located in Phoeniz, AZ.** | **$22,569.00** | | **$22,569.00** |

51.   **Total of Part 8.**                                                                 | **$22,569.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **135 W. 20th Street,<br>Suite 201<br>New York, NY 10011** | **lease** | **Unknown** | | **Unknown** |
| 55.2.  **300 Main Street<br>Suite 800<br>Stamford, CT 06901** | **lease** | **Unknown** | | **Unknown** |

| Debtor | **SAS OneSource, Inc.** | | Case number *(If known)* | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

| 55.3. | **222 South Mill Avenue Suite 201 Tempe, AZ 85281** | **lease** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| 55.4. | **2820 Galvin Dr. Elgin, IL 60124** | **lease** | **Unknown** | **Unknown** |

| 56. | **Total of Part 9.** | | **$0.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademark - SASOS (Serial/Reg. No. 88657846)** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** **www.myndspa.com** | **Unknown** | | **Unknown** |
| | **careersbymynd.com** | **Unknown** | | **Unknown** |
| | **getworkchic.com** | **Unknown** | | **Unknown** |
| | **getworkchic.net** | **Unknown** | | **Unknown** |
| | **guestsurvey.co** | **Unknown** | | **Unknown** |
| | **guestsurvey.net** | **Unknown** | | **Unknown** |
| | **haveitall.club** | **Unknown** | | **Unknown** |
| | **mindsalonandspa.com** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **SAS OneSource, Inc.**
Name
Case number *(If known)*  **20-10845**

| | | |
|---|---|---|
| **mindspaandsalon.com** | **Unknown** | **Unknown** |
| **mindspas.net** | **Unknown** | **Unknown** |
| **mindspasalon.com** | **Unknown** | **Unknown** |
| **mymyndspa.com** | **Unknown** | **Unknown** |
| **mymyndspa.net** | **Unknown** | **Unknown** |
| **myndcareers.com** | **Unknown** | **Unknown** |
| **myndmoment.com** | **Unknown** | **Unknown** |
| **myndsalon.com** | **Unknown** | **Unknown** |
| **myndsalonandspa.com** | **Unknown** | **Unknown** |
| **myndsalonandspa.net** | **Unknown** | **Unknown** |
| **myndspa.net** | **Unknown** | **Unknown** |
| **myndspaandsalon.com** | **Unknown** | **Unknown** |
| **myndspaandsalon.net** | **Unknown** | **Unknown** |
| **myndspas.com** | **Unknown** | **Unknown** |
| **myndspas.net** | **Unknown** | **Unknown** |
| **myndspasalon.com** | **Unknown** | **Unknown** |
| **myrdportal.com** | **Unknown** | **Unknown** |
| **partybeautiful.com** | **Unknown** | **Unknown** |
| **partybeautiful.net** | **Unknown** | **Unknown** |
| **salonandspas.com** | **Unknown** | **Unknown** |
| **salonmynd.com** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SAS OneSource, Inc.** | Case number *(If known)* | **20-10845** |
|--------|-------------------------|--------------------------|--------------|
|        | Name                    |                          |              |

| | | |
|---|---|---|
| **salonmynd.net** | **Unknown** | **Unknown** |
| **sasonesource.com** | **Unknown** | **Unknown** |
| **sasos.com** | **Unknown** | **Unknown** |
| **spaandsalonmynd.com** | **Unknown** | **Unknown** |
| **spaandsalonmynd.net** | **Unknown** | **Unknown** |
| **spamynd.com** | **Unknown** | **Unknown** |
| **spamynd.net** | **Unknown** | **Unknown** |
| **spanextdoor.com** | **Unknown** | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Customer list**                              **Unknown**                **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                              **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|----------|----------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

| Debtor | **SAS OneSource, Inc.** | Case number *(If known)* | **20-10845** |
|---|---|---|---|
| | Name | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Prior year NOL may be available** | Tax year | **2019** | **Unknown** |
|---|---|---|---|

---

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **SAS OneSource, Inc.**
_____    Case number *(If known)* **20-10845**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,169,656.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,217,059.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $984,871.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,569.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,394,155.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,394,155.34 |

| Fill in this information to identify the case: |
|---|
| Debtor name **SAS OneSource, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) **20-10845** |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **GreatAmerica Financial Service**<br>Creditor's Name<br><br>**625 First Street SE**<br>**Cedar Rapids, IA 52401**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/18/17**<br>**Last 4 digits of account number**<br>**9850**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Capital Lease for Nimble Server (C1K-2P-42T-D CS1000 Base Array) located in Phoeniz, AZ.**<br><br>**Describe the lien**<br>**Capital Lease**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $10,000.00 | $22,569.00 |
| **2.2** | **Rosenthal & Rosenthal, Inc.**<br>Creditor's Name<br><br>**1370 Broadway**<br>**New York, NY 10018**<br>Creditor's mailing address<br><br>**rmiller@rosenthal.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/14/2019**<br>**Last 4 digits of account number**<br>**SASO**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | | $822,264.62 | $3,394,155.34 |

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$832,264.62**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SAS OneSource, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10845**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1000BULBS.COM**<br>**2140 MERRITT DRIVE**<br>**GARLAND, TX 75041**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $147.54 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**3C COMPLETE COMMERCIAL CLEANING LLC**<br>**PO Box 1636**<br>**ANNANDALE, VA 22003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40,566.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**4676 WESTCHESTER MALL, LLC**<br>**PO Box 643095**<br>**PITTSBURGH, PA 15264-3095**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $75,763.05 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ACCURATE PRINTING INC**<br>**4749 W 136TH ST**<br>**CRESTWOOD, IL 60445**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29,317.54 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    51802                    Best Case Bankruptcy

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**ACE ENDICO**
**80 INTERNATIONAL BLVD**
**BREWSTER, NY 10509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,678.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**ACTION ENVIRONMENTAL SERVICES**
**PO Box 554744**
**DETROIT, MI 48255-4744**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$699.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**AD ART, INC.**
**150 EXECUTIVE PARK BLVD, STE 2100**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$174,352.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**ADAM WOJCIECH DUDEK**
**1671 BENSON AVE, APT 4**
**BROOKLYN, NY 11214**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**ALBERTSONS / SAFEWAY**
**33014 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0330**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$494.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**ALERTRA, INC.**
**PO Box 73**
**STILLWATER, OK 74076-0073**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**ALL CULTURES INC.**
**159 EAST 2ND STREET**
**HUNTINGTON STATION, NY 11746**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,057.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.56** |
|---|---|---|---|

**ALLIANCE PAPER & FOOD SERVICE EQUIP**
**11058 W. ADDISON STREET**
**FRANKLIN PARK, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,583.33** |
|---|---|---|---|

**ALLIANT INSURANCE SERVICES**
**PO Box 840919**
**PASADENA, CA 91109-8377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.64** |
|---|---|---|---|

**ALLTEK SYSTEMS INC**
**177 W. WESTFIELD AVE**
**ROSELLE PARK, NJ 07204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$501.60** |
|---|---|---|---|

**AMAZING NAIL CONCEPTS**
**11101 S CROWN WAY STE 7**
**WELLINGTON, FL 33414-8792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,670.27** |
|---|---|---|---|

**AMAZING PEST CONTROL**
**105 MAIN STREET, 3RD FLOOR**
**HACKENSACK, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,260.00** |
|---|---|---|---|

**AMAZING SHINE NAILS, INC**
**13163 FLORES ST**
**SANTA FE SPRINGS, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.43** |
|---|---|---|---|

**AMAZON.COM**
**Customer Service PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,395.00** |

**AMBER PRODUCTS**
**549 ROUTE 30**
**IMPERIAL, PA 15126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317,880.32** |

**AMERICAN EXPRESS**
**Box 0001**
**LOS ANGELES, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,273.89** |

**AMERICAN INTERNATIONAL IND.**
**2220 GASPER AVE**
**LOS ANGELES, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,774.79** |

**AMX COOLING & HEATING LLC**
**101 CASTLETON STREET**
**PLEASANTVILLE, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |

**APPEARUS PRODUCTS CORP**
**15046 NELSON AVE SUITE 21**
**CITY OF INDUSTRY, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,977.00** |

**APPLEXUS TECHNOLOGIES LLC**
**33507 9TH AVE SOUTH BLDG D**
**FEDERAL WAY, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |

**ARAMARK REFRESHMENT SERVICES**
**PO Box 415758**
**BOSTON, MA 02241-5758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,023.10 |
|---|---|---|---|

**ARKADIN, INC.**
**PO Box 347261**
**PITTSBURGH, PA 15251-4261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,507.40 |
|---|---|---|---|

**AROMATHERAPY ASSOCIATES INC**
**4900 PRESTON ROAD, SUITE 108**
**FRISCO, TX 75034-8744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,485.60 |
|---|---|---|---|

**ASEPTIC CONTROL PRODUCTS INC**
**1225 CARNEGIE ST UNIT 104**
**ROLLING MEADOWS, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.60 |
|---|---|---|---|

**ASSOCIATED INTEGRATED**
**7954 SOLUTION CENTER**
**CHICAGO, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.03 |
|---|---|---|---|

**AT&T**
**PO Box 13146**
**NEWARK, NJ 07101-5646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,204.56 |
|---|---|---|---|

**ATHENA COSMETICS**
**1838 EASTMAN AVENUE, STE. 200**
**VENTURA, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.39 |
|---|---|---|---|

**ATMOS ENERGY**
**PO BOX 740353**
**CINCINNATI, OH 45274-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,202.50 |
|---|---|---|---|
| | **B. VON PARIS & SONS, INC**<br>**8691 LARKIN ROAD**<br>**SAVAGE, MD 20763-9722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171,805.93 |
|---|---|---|---|
| | **BABOR COSMETICS**<br>**430 S CONGRESS AVE SUITE 2**<br>**DELRAY BEACH, FL 33445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,064.03 |
|---|---|---|---|
| | **BACARELLA TRANSPORTATION SERVICES**<br>**375 BRIDGEPORT AVE**<br>**SHELTON, CT 06484** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.37 |
|---|---|---|---|
| | **BAKER'S CRUST INC**<br>**549 S. BIRDNECK ROAD SUITE 101**<br>**VIRGINIA BEACH, VA 23451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **BBC HOLDINGS, LLC**<br>**7373 BEVERLY BLVD**<br>**LOS ANGELES, CA 90036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,449.85 |
|---|---|---|---|
| | **BEAUTY HAIR TRADING INC.**<br>**20380 GRAMERCY PLACE**<br>**TORRANCE, CA 90501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,707.30 |
|---|---|---|---|
| | **BENESTAR CORP**<br>**2001 WEST MAIN ST SUITE 275**<br>**STAMFORD, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $217.75 |
|---|---|---|---|

**BEST LOCAL WINDOW CLEANING**
PO Box 2752
NY, NY 10163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,098.72 |
|---|---|---|---|

**BILTMORE FASHION PARK**
PO Box 31001-2178
PASADENA, CA 91110-2178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,039.00 |
|---|---|---|---|

**BIRCKHEAD ELECTRIC, INC.**
3506 MALEC LANE
BOWIE, MD 20715-2912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119,083.60 |
|---|---|---|---|

**BLUE CROSS BLUE SHIELD of Arizona**
PO Box 81049
Phoenix, AZ 85069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**BLUE RIVER DIGITAL**
1624 SANTA CLARA DRIVE
ROSEVILLE, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,125.40 |
|---|---|---|---|

**BOSS BEAUTY SUPPLY INC**
1380 ADAMS ROAD
BENSALEM, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,999.80 |
|---|---|---|---|

**BRAY & SCARFF**
8486 D TYCO ROAD
VIENNA, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.00** |
|---|---|---|---|

**BRENDA J RIBBLE**
**2911 16TH ST., W**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.42** |
|---|---|---|---|

**BROADVOICE**
**9221 CORBIN AVE STE 155**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.28** |
|---|---|---|---|

**BROTHERS SECURITY, LLC**
**2211 ROUTE 112**
**MEDFORD, NY 11763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,109.07** |
|---|---|---|---|

**BTX Global Logistics**
**PO Box 853**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**BUILDING & CONSTRUCTION PROS, INC.**
**2905 JERRIE LANE**
**GLENVIEW, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.28** |
|---|---|---|---|

**C-PEC CORPORATION**
**3120 W WELDON AVE**
**PHOENIX, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**CAESARS ENTERTAINMENT**
**PO Box 170010**
**LAS VEGAS, NV 89114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | SAS OneSource, Inc. | Case number (if known) | 20-10845 |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.50**

CAFFE UMBRIA
8620 16TH AVE SOUTH
SEATTLE, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$942.89**

CAPITAL SUPPLY COMPANY
115 CASTLE ROAD
SECAUCUS, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

CAPTURE BY LUCY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,192.50**

CARRIE L CARLISLE
PO Box 496
NY, NY 10276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,450.00**

CBIZ MHM, LLC
FILE 50034
LOS ANGELES, CA 90074-0034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.79**

CDW COMPUTER CENTERS INC
PO Box 75723
CHICAGO, IL 60675-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.53**

CENTRAL WINDOW CLEANING, INC.
124 FRONT STREET ROOM 201
MASSAPEQUA PARK, NY 11762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.83**

**CENTURY LINK**
**PO BOX 91155**
**SEATTLE, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,291.00**

**CG BUILDERS, LLC**
**4045A FEDERAL HILL RD**
**JARRETTSVILE, MD 21084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$460.00**

**CHICAGO BACKFLOW INC.**
**12607 S. LARAMIE AVE**
**ALSIP, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$756.00**

**CINEMA SECRETS, INC.**
**4404 W. RIVERSIDE DRIVE**
**BURBANK, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.00**

**CITY OF PHOENIX, AZ**
**ALARM PERMIT SUB. APPLICA**
**PHOENIX, AZ 85072-2681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220.00**

**CLASSPASS INC**
**275 7TH AVE,  11TH FLR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$903.40**

**COFFEE DISTRIBUTING CORPORATION**
**200 BROADWAY**
**GARDEN CITY PARK, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**COFFEE KING INC.**
**316 FLOYD BLVD**
**SIOUX CITY, IA 51102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,256.17 |
|---|---|---|---|

**COMCAST**
**PO Box 3001**
**SOUTHEASTERN, PA 19398-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,420.00 |
|---|---|---|---|

**COMMERCIAL EXPRESS HVAC INC.**
**3656 CENTERVIEW DRIVE SUITE12**
**HERNDON, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
|---|---|---|---|

**COMMERCIAL MAINTENANCE SYSTEMS**
**2314 DARBY COURT**
**BEL AIR, MD 21015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,382.75 |
|---|---|---|---|

**COMMISSIONER OF REVENUE SERVIC**
**STATE OF CONNECTICUT**
**HARTFORD, CT 06102-5088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,351.68 |
|---|---|---|---|

**CORNERSTONE ONDEMAND INC**
**1601 CLOVERFIELD BLVD STE 620 SOUTH**
**SANTA MONICA, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.93 |
|---|---|---|---|

**CORPORATE COFFEE SYSTEMS**
**745 SUMMA AVENUE**
**WESTBURY, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,539.43** |
|---|---|---|---|

**COSMOPROF**
**3001 COLORADO BLVD**
**DENTON, TX 76208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,082.81** |
|---|---|---|---|

**COUNTY OF FAIRFAX**
**4100 CHAIN BRIDGE RD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.45** |
|---|---|---|---|

**COUNTY OF HENRICO, VIRGINIA**
**PO Box 90775**
**HENRICO, VA 23273-0775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,939.07** |
|---|---|---|---|

**COUSINS PROPERTIES LP**
**PO Box 679408**
**DALLAS, TX 75267-9408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,637.85** |
|---|---|---|---|

**COVERALL OF SOUTHERN NEW ENGLAND**
**33 COLLEGE HILL ROAD #5E**
**WARWICK, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.27** |
|---|---|---|---|

**COX COMMUNICATIONS**
**PO Box 39**
**NEWARK, NJ 07101-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50** |
|---|---|---|---|

**CRAZY JIM'S**

**TEMPE, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.30** |
|---|---|---|---|

**CULLIGAN/OASIS WATER**
**PO Box 77043**
**MINNEAPOLIS, MN 55480-7743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,009.95** |
|---|---|---|---|

**DATA SQUARE LLC**
**396 DANBURY ROAD**
**WILTON, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,465.00** |
|---|---|---|---|

**DELAWARE SECRETARY OF STATE**
**DIVISION OF CORPORATIONS**
**BALTIMORE, MD 21274-4072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.00** |
|---|---|---|---|

**DELILAH COSMETICS LTD**
**49A WEST STREET**
**MARLOW - BUCKINGHAMSHIRE, 0 SL7 2LS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,373.00** |
|---|---|---|---|

**DESIGN PACKAGING INC**
**7880 EAST MCCLAIN DRIVE**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,360.23** |
|---|---|---|---|

**DIAMOND AMERICAS LLC**
**123 WEED AVE**
**STAMFORD, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,479.51** |
|---|---|---|---|

**DIRECT MACHINERY SALES CORP**
**50 COMMERCE PLACE**
**HICKSVILLE, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SAS OneSource, Inc. | | Case number (if known) | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.02** |
|---|---|---|---|
| | **DISCOUNT PLUMBING OUTLET** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$398.17** |
|---|---|---|---|
| | **DISH NETWORK** | ☐ Contingent | |
| | **DEPT 0063** | ☐ Unliquidated | |
| | **PALATINE, IL 60055-0001** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,289.57** |
|---|---|---|---|
| | **DOCS MECHANICAL PIPING & HEATING** | ☐ Contingent | |
| | **118 MOORE AVENUE** | ☐ Unliquidated | |
| | **OCEANSIDE, NY 11572** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,695.22** |
|---|---|---|---|
| | **DOCUMENT TECHNOLOGIES OF AZ** | ☐ Contingent | |
| | **PO Box 660831** | ☐ Unliquidated | |
| | **DALLAS, TX 75266-0831** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,304.89** |
|---|---|---|---|
| | **DOCUSIGN, INC** | ☐ Contingent | |
| | **221 MAIN STREET, SUITE 1000** | ☐ Unliquidated | |
| | **SAN FRANCISCO, CA 94105** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,663.52** |
|---|---|---|---|
| | **DOMINION VIRGINIA POWER** | ☐ Contingent | |
| | **PO Box 26543** | ☐ Unliquidated | |
| | **RICHMOND, VA 23290-0001** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,341.36** |
|---|---|---|---|
| | **DOWNTOWN TEMPE AUTHORITY INC** | ☐ Contingent | |
| | **310 S. MILL AVE SUITE A201** | ☐ Unliquidated | |
| | **TEMPE, AZ 85281** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **SAS OneSource, Inc.** | | Case number (if known) | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

---

**3.96** | **Nonpriority creditor's name and mailing address**
**DR. DENNIS GROSS SKINCARE, LLC**
**12 E 46TH ST # 302**
**NEW YORK, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$58,056.40**

---

**3.97** | **Nonpriority creditor's name and mailing address**
**DRYER VENTS UNLIMITED, INC.**
**9921 SW 7TH ST**
**PEMBROKE PINES, FL 33025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.98** | **Nonpriority creditor's name and mailing address**
**DURABLE PACKAGING**
**750 NORTHGATE PARKWAY**
**WHEELING, IL 60090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$930.56**

---

**3.99** | **Nonpriority creditor's name and mailing address**
**EARTHLITE LLC DBA TARA SPA THERAPY,**
**PO Box 6457**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,563.60**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**EAST COAST ELECTRIC INC**
**37 MAIN STREET**
**REISTERSTOWN, MD 21136**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,470.00**

---

**3.101** | **Nonpriority creditor's name and mailing address**
**ECLIPSE SECURITY**
**3702 E. ROESER ROAD SUITE 85040**
**PHOENIX, AZ 85040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25.35**

---

**3.102** | **Nonpriority creditor's name and mailing address**
**ECOLAB**
**PO Box 100512**
**PASADENA, CA 91189-0512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,705.91**

---

| Debtor | SAS OneSource, Inc. | Case number (if known) | 20-10845 |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,460.00 |
|---|---|---|---|

**EDCO COMMERCIAL GAS SERVICE**
**1640 TRAPPE CHURCH RD**
**DARLINGTON, MD 21034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.00 |
|---|---|---|---|

**ELECTRICAL & LIGHTING SOLUTIONS INC**
**2556 GAYTON CENTRE DRIVE**
**HENRICO, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,515.42 |
|---|---|---|---|

**ELITE CARD PAYMENT CENTER**
**PO Box 77066**
**MINNEAPOLIS, MN 55480-7766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445,180.57 |
|---|---|---|---|

**ELIZABETH ARDEN COMPANY ct**
**200 FIRST STAMFORD PLACE**
**STAMFORD, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,560.27 |
|---|---|---|---|

**EMPIRE BEAUTY SUPPLY**
**90 DAYTON AVENUE**
**PASSAIC, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**EQUIPMENT INTERNATIONAL LTD**
**8778 FERRIS AVE**
**MORTON GROVE, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,768.27 |
|---|---|---|---|

**ERY RETAIL PODIUM LLC**
**PO Box 782608**
**PHILADELPHIA, PA 19178-2608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$664.00** |
|---|---|---|---|

**EUROPEAN SPA SOURCE**
**1783 KINGLER COURT**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**EVERYDAY SOUND**
**1709 STEPHEN ST**
**RIDGEWOOD, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,208.00** |
|---|---|---|---|

**EXECUTIVE PARKING**
**PO Box 740421**
**REGO PARK, NY 11374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |
|---|---|---|---|

**EXTRA SPACE STORAGE OF**
**6501 W. PLANO PARKWAY**
**PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,325.92** |
|---|---|---|---|

**F.L. YOUNG LLC**
**242 E. 137th STREET**
**BRONX, NY 10451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,125.04** |
|---|---|---|---|

**FAIRFAX CORNER RETAIL LC**
**PO Box 601305**
**CHARLOTTE, NC 28260-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,177.56** |
|---|---|---|---|

**FAIRFAX SQUARE LLC**
**PO Box 644616**
**PITTSBURGH, PA 15264-4616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,223.51 |
|---|---|---|---|

**FEDERAL REALTY INVESTMENT TRUST**
**PO Box 8500-9320**
**PHILADELPHIA, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,896.50 |
|---|---|---|---|

**FENNEMORE CRAIG, P.C.**
**2394 EAST CAMELBACK ROAD**
**PHOENIX, AZ 85016-3429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.00 |
|---|---|---|---|

**FIG & OLIVE FIFTH AVE, LLC**
**10 EAST 52ND ST**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**FIRETROL PROTECTION SYSTEMS, INC.**
**8240 S. KYRENE ROAD SUITE 109**
**TEMPE, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.76 |
|---|---|---|---|

**FIRSTLEASE, INC.**
**1 WALNUT GROVE, SUITE 300**
**HORSHAM, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
**466 CENTRAL AVENUE SUITE 8**
**NORTHFIELD, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**FOX VALLEY FIRE & SAFETY**
**2730 PINNACLE DRIVE**
**ELGIN, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.48 |
|---|---|---|---|

**FRANK PETRO**
**614 PARK PLACE**
**GALLOWAY, NJ 08205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.74 |
|---|---|---|---|

**FRC BALANCE LLC**
**4455 EAST CAMELBACK ROAD SUIT A115**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.43 |
|---|---|---|---|

**FRESH DIRECT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,008.50 |
|---|---|---|---|

**FROSS ZELNICK LEHRMAN & ZISSU, PC**
**151 W. 42ND ST.,  17TH FLOOR**
**NY, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,199.04 |
|---|---|---|---|

**GARDAWORLD**
**3209 MOMENTUM PLACE**
**CHICAGO, IL 60689-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $815.00 |
|---|---|---|---|

**GARDEN CITY CHAMBER OF COMMERCE**
**230 SEVENTH STREET**
**GARDEN CITY, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.60 |
|---|---|---|---|

**GEISS, DESTIN, & DUNN, INC.**
**PO BOX 102938**
**ATLANTA, GA 30368-2938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SAS OneSource, Inc. | | Case number (if known) | 20-10845 |
|---|---|---|---|---|
| | Name | | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,422.67 |
|---|---|---|---|
| | **GENESIS GROUP INC.**<br>**811 THORNDALE AVE**<br>**BENSENVILLE, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|
| | **GLASSDOOR, INC**<br>**100 SHORELINE HIGHWAY**<br>**MILL VALLEY, CA 94941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,770.52 |
|---|---|---|---|
| | **GRANITE TELECOMMUNICATIONS**<br>**PO Box 983119**<br>**BOSTON, MA 02298-3119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,340.08 |
|---|---|---|---|
| | **GRAVITY MEDIA LLC**<br>**114 WEST 26TH STREET, 8TH FLOOR**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,767.45 |
|---|---|---|---|
| | **GREATAMERICA FINANCIAL SVCS**<br>**PO Box 660831**<br>**DALLAS, TX 75266-0831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.20 |
|---|---|---|---|
| | **GROOT INDUSTRIES**<br>**PO Box 92317**<br>**ELK GROVE VILLAGE, IL 60009-2317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,693.50 |
|---|---|---|---|
| | **GROSVENOR URBAN RETAIL LP**<br>**PO Box 823523**<br>**PHILADELPHIA, PA 19182-3523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539.30** |
|---|---|---|---|

**GUARDIAN SERVICE INDUSTRIES, INC.**
**88005 EXPEDITE WAT**
**CHICGO, IL 60695-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,525.18** |
|---|---|---|---|

**HEALTHY HAIR, INC.**
**404 N CEDROS AVE**
**SOLANA BEACH, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,277.79** |
|---|---|---|---|

**HOTEL AT UMCP LLC**
**1950 OLD GALLOWS ROAD SUITE 600**
**VIENNA, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.50** |
|---|---|---|---|

**HR DIRECT**
**100 ENTERPRISE PLACE**
**DOVER, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.11** |
|---|---|---|---|

**HYDROX LABORATORIES**
**PO Box 264**
**BEDFORD PARK, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$665.00** |
|---|---|---|---|

**HYPER CLEAN DUCT CLEANING**
**2944 OAKLAKE BLVD**
**MIDLOTHIAN, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,490.53** |
|---|---|---|---|

**ILLUMINATION INTERNATIONAL**
**15855 N GREENWAY-HAYDEN LOOP STE 19**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,200.00 |
|---|---|---|---|

**INTERNATIONAL CLEANING SERVICES,INC**
**2415 COMSTOCK COURT**
**NAPERVILLE, IL 60564**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
|---|---|---|---|

**IOWA BEAUTY & BARBER SUPPLY INC.**
**3961 106TH STREET**
**DES MOINES, IA 50322**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.69 |
|---|---|---|---|

**IRON MOUNTAIN OFF SITE**
**DATA PROTE**
**PASADENA, CA 91189-1002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.99 |
|---|---|---|---|

**ISADORA CAFE**
**16 EAST 52ND STREET**
**NEW YORK, NY 10022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jayme Owens**
**Kurkowski Law, Daniel M. Kurko**
**1252 Rt. 109 South**
**Cape May, NJ 08204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,263.61 |
|---|---|---|---|

**JDP MECHANICAL, INC.**
**24-39 44TH STREET**
**ASTORIA, NY 11103-2055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,691.51 |
|---|---|---|---|

**JOHN HANCOCK RETIREMENT PLAN**
**SERVIC**
**690 CANTON STREET**
**WESTWOOD, MA 02090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,085.45** |
|---|---|---|---|

**JOHNSON CONTROLS SECURITY SOLUTIONS LLC**
**10405 CROSSPOINT BOULEVARD**
**INDIANAPOLIS, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.38** |
|---|---|---|---|

**JP McHALE PEST MANAGEMENT, INC**
**PO Box 98**
**MONTROSE, NY 10548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,505.42** |
|---|---|---|---|

**KARL BOONE JR INC**
**15818 LAUGHLIN LANE**
**SILVER SPRINGS, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,841.16** |
|---|---|---|---|

**KENTLANDS LOT I LLC**
**PO Box 38042**
**BALTIMORE, MD 21264-4288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,606.00** |
|---|---|---|---|

**KERATIN HOLDINGS LLC**
**6400 CONGRESS AVE SUITE 2000**
**BOCA RATON, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,509.71** |
|---|---|---|---|

**KEYSTONE FLORIDA PROPERTY HOLDING C**
**PO Box 71345**
**CHICAGO, IL 60694-1345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,541.81** |
|---|---|---|---|

**KIRBY LIMITED PARTNERSHIP**
**740 WAUKEGAN ROAD SUITE 300**
**DEERFIELD, IL 60015-4483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | | Case number (if known) | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**KSSM, LLC**
**1655 S. ENTERPRISE AVENUE B4**
**SPRINGFIELD, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,944.00 |
|---|---|---|---|

**KVG GROUP INC.**
**1 WESTSIDE DRIVE UNIT #12**
**TORONTO, ON M9C 1B2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.60 |
|---|---|---|---|

**LABELVALUE.COM**
**5704 W SLIGH AVE**
**TAMPA, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,148.54 |
|---|---|---|---|

**LAUNDRY EQUIPMENT SERVICES,INC**
**13015 SALEM AVENUE**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.62 |
|---|---|---|---|

**LAVONNE MURDOCK**

**STAMFORD, CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.33 |
|---|---|---|---|

**LIBERTY LIFE ASSURANCE COMPANY**
**PO Box 2658**
**CAROL STREAM, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.87 |
|---|---|---|---|

**LIBERTY PEST CONTROL**
**8220 17TH AVE**
**BROOKLYN, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,075.00** |
|---|---|---|---|

**LISTRAK INC.**
**100 WEST MILLPORT RD**
**LITITZ, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,244.15** |
|---|---|---|---|

**LITTLER MEDELSON P.C.**
**PO Box 207137**
**DALLAS, TX 75320-7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,553.39** |
|---|---|---|---|

**LIVING EARTH CRAFTS**
**PO Box 6457**
**CAROL STREAM, IL 60197-6457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,099.00** |
|---|---|---|---|

**M & R RENOVATION, LLC**
**6315 E. LARKSPUR DRIVE**
**SCOTTSDALE, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
|---|---|---|---|

**MALI SHAYBANI**
**7112 WESTERN AVE**
**CHEVY CHASE, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,800.00** |
|---|---|---|---|

**MANHATTAN FINISH LLC**
**1671 BENSON AVE, APT 4**
**BROOKLYN, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.00** |
|---|---|---|---|

**Marke Plumbing, Inc**
**2720 E Michigan Blvd**
**Michigan City, IN 46360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,924.94** |
|---|---|---|---|

**MARLIN LEASING CORP**
**PO Box 13604**
**PHILADELPHIA, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,265.51** |
|---|---|---|---|

**MASPETH MECHANICAL INC**
**13007 26TH AVE., STE 20**
**FLUSHING, NY 11354-1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,765.22** |
|---|---|---|---|

**MATRIARCH SOLUTIONS LLC**
**12 NURSERY COURT**
**GLASSBORO, NJ 08028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,145.00** |
|---|---|---|---|

**MBODI INTERNATIONAL INC.**
**467 PARAMOUNT PLACE**
**ELLIJAY, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,821.00** |
|---|---|---|---|

**MCDEVITT & SONS PLUMBING**
**1111 THOMPSON AVE**
**SEVERN, MD 21144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,038.47** |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
**PO Box 21558**
**PASADENA, CA 91185-1558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Hagley**
**Borrelli & Associates, PLLC**
**910 Franklin Ave Ste 200**
**Garden City, NY 11530-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.42** |
|---|---|---|---|

**MICROSOFT**
**PO Box 5549**
**NEW YORK, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,957.20** |
|---|---|---|---|

**MINDFLASH**
**Applied Training Systems, Inc.**
**Dept. LA 24891**
**Pasadena, CA 91185-4891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**MJ BRUNETTI, INC.**
**PO Box 2148**
**AQUEBOGUE, NY 11931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$806.52** |
|---|---|---|---|

**MOOD MEDIA NA HOLDINGS CORP.**
**PO Box 602777**
**CHARLOTTE, NC 28260-2777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$418.79** |
|---|---|---|---|

**MYND SPA #1002 CHEVY CHASE**
**5225 WISCONSIN AVE NW**
**WASHINGTON, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$477.28** |
|---|---|---|---|

**MYND SPA #1005 TYSON'S CORNER**
**8075 LEESBURG PIKE #110**
**VIENNA, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$448.32** |
|---|---|---|---|

**MYND SPA #1080 RESTON**
**11838 SPECTRUM CENTER DR.**
**RESTON, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.18**

**MYND SPA #1100 DEERFIELD**
**720 N. WAUKEGAN RD BLDG 3**
**DEERFIELD, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397.36**

**MYND SPA #1140 PIKE & ROSE**
**943 ROSE AVE**
**NORTH BETHESDA, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.86**

**MYND SPA #1235 CHATWAL**
**130 W. 44TH STREET**
**NEW YORK, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.00**

**NASSAU COUNTY DEPARTMENT**
**200 COUNTY SEAT DR**
**MINEOLA, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,327.38**

**NATIONAL GRID**
**PO BOX 11791**
**NEWARK, NJ 07101-4791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$834.90**

**NATIONAL PAYMENT CORPROATION**
**3415 WEST CYPRESS ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,662.65**

**NATIONWIDE CLEANERS**
**105 MAIN ST**
**HACKENSACK, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**NATIONWIDE REFRIGERATION INC**
**11996 BALLSFORD ROAD**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**NESPRESSO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.88** |
|---|---|---|---|

**NEXGEN IV**
**181 E HALSEY RD**
**PARSIPPANY, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**NIEMAN MARCUS**
**PO BOX 5235**
**CAROL STREAM, IL 60197-5235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.15** |
|---|---|---|---|

**Nitech Fire & Security Industries, Inc.**
**109 Fairfield Way**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,925.80** |
|---|---|---|---|

**NOEL ASMAR UNIFORMS INC**
**2630 CROYDON DRIVE SUITE 306**
**SURREY, BC V3S 6T3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,780.00** |
|---|---|---|---|

**ONE SOURCE SERVICE**
**15149 SPRINGDALE STREET**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.30 |
|---|---|---|---|

**OPTIMUM**
PO Box 742698
CINCINNATI, OH 45274-2698

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,226.50 |
|---|---|---|---|

**OPTUM BANK INC.**
2771 MOMENTUM PLACE
CHICAGO, IL 60689-5327

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,639.39 |
|---|---|---|---|

**ORIGINITALIA SRL**
VIA GARDELLINA 9
CALDOGNO   36030

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,208.73 |
|---|---|---|---|

**P-RYTON CORPORATION**
5-04 50TH AVENUE
LONG ISLAND CITY, NY 11101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $953.20 |
|---|---|---|---|

**PALMER PACKAGING INC**
PO Box 335
ADDISON, IL 60101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,075.00 |
|---|---|---|---|

**PANDEMEK, LLC**
400 MAIN STREET SUITE 310
STAMFORD, CT 06901

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,240.43 |
|---|---|---|---|

**PATCHOLOGY/ IONTERA INC**
83 MORSE STREET, 8A
NORWOOD, MA 02062

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$965.00** |
|---|---|---|---|

**PAYROLL TAX MANAGEMENT**
**1932 E DEERE AVE STE 150**
**SANTA ANA, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,358.28** |
|---|---|---|---|

**PEPCO**
**PO Box 13608**
**PHILADELPHIA, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**PHOENIX NAP**
**3402 E UNIVERSITY DRIVE**
**PHOENIX, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,512.72** |
|---|---|---|---|

**PHYTOMER CORP**
**952 E. WOODOAK**
**MURRAY, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,365.00** |
|---|---|---|---|

**PILOT AIR FREIGHT CORP.**
**PO Box 654058**
**DALLAS, TX 75265-4058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,175.00** |
|---|---|---|---|

**PRECISION ANALYTICAL INC**
**2161 WHITESVILLE ROAD**
**TOMS RIVER, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,978.33** |
|---|---|---|---|

**PRINCE GEORGE'S COUNTY, MD**
**PO BOX 17578**
**BALTIMORE, MD 21297-1578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$624.40** |
|---|---|---|---|

**PRINTING & GRAPHICS EMPORIUM, INC.**
**15 BANK STREET**
**STAMFORD, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,171.12** |
|---|---|---|---|

**PRO-TEK MECHANICAL**
**740 TELSER ROAD**
**LAKE ZURICH, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,388.47** |
|---|---|---|---|

**QUALITY BEAUTY SUPPLY INC.**
**281 S. RIVER RD.**
**DES PLAINES, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,451.50** |
|---|---|---|---|

**QUARLES & BRADY LLP**
**ONE RENAISSANCE SQUARE**
**PHOENIX, AZ 85004-2391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.71** |
|---|---|---|---|

**QUENCH USA, INC**
**LOCK BOX 53203**
**PHILADELPHIA, PA 19178-3203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,940.16** |
|---|---|---|---|

**READY CARE INDUSTRIES**
**15845 E 32ND AVE**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,003.12** |
|---|---|---|---|

**REPUBLIC SERVICES #695**
**PO Box 9001191**
**LOUISVILLE, KY 40291-1191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SAS OneSource, Inc. | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$617.00** |
|---|---|---|---|

**RISK ASSESSMENT GROUP**
**2100 S. RURAL ROAD**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,653.25** |
|---|---|---|---|

**RKB HANDYMAN SERVICES, INC.**
**330 MOTOR PARKWAY STE 306**
**HAUPPAGUE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,590.74** |
|---|---|---|---|

**RODIAL LIMITED**
**COLLEGE HOUSE, 272 KINGS ROAD**
**LONDON, UK SW3-5AW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,677.35** |
|---|---|---|---|

**S & S INDUSTRIAL SUPPLY**
**9040 MURPHY ROAD**
**WOODRIDGE, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**SALLY HERSHBERGER - PETTY CASH**
**500 WEST 33RD ST STE RU102**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,294.00** |
|---|---|---|---|

**SALLY HERSHBERGER PROFESSIONAL**
**565 BROADWAY FLOOR 9**
**NY, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,015.32** |
|---|---|---|---|

**SALON CENTRIC INC.**
**62678 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**SALONWEAR**
**2525 NEVADA AVE N SUITE 305**
**GOLDEN VALLEY, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,898.63 |
|---|---|---|---|

**SAP AMERICA, INC.**
**PO Box 89 4642**
**LOS ANGELES, CA 90189-4642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559,923.36 |
|---|---|---|---|

**SATOR REALTY, INC**
**PO Box 9334**
**NEW YORK, NY 10087-9334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,554.88 |
|---|---|---|---|

**SAUL HOLDINGS LTD PARTNERSHIP**
**PO Box 38042**
**BALTIMORE, MD 21297-8042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,537.50 |
|---|---|---|---|

**SAVANTIS SOLUTIONS, LLC.**
**100 WOOD AVE SOUTH  STE 200**
**ISELIN, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,923.52 |
|---|---|---|---|

**SCIENTIFIC FIRE PREVENTION CO.**
**47-25 34TH STREET, STE 203**
**LONG ISLAND CTY, NY 11101-9085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,940.22 |
|---|---|---|---|

**SCRIP, INC.**
**DEPT CH19131**
**PALATINE, IL 60055-9131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SAS OneSource, Inc. | Case number (if known) | 20-10845 |
|---|---|---|---|
| | Name | | |

---

**3.236** | Nonpriority creditor's name and mailing address

**SECURITY PEOPLE, INC./DIGILOCK**
**5341 OLD REDWOOD HWY, SUITE 200**
**PETALUMA, CA 94954**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$590.40**

---

**3.237** | Nonpriority creditor's name and mailing address

**SERVICE 1ST COMPANY/DISTRIBUTION/**
**901 W 1ST AVE #3**
**MESA, AZ 85210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$2,038.00**

---

**3.238** | Nonpriority creditor's name and mailing address

**SERVICE BY AIR**
**PO Box 7777**
**OLD BETHPAGE, NY 11804-0060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$11,413.37**

---

**3.239** | Nonpriority creditor's name and mailing address

**SHAMROCK MOVING & STORAGE INC**
**325 EAST JIMMIE LEEDS RD, STE 181**
**GALLOWAY, NJ 08205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$645.00**

---

**3.240** | Nonpriority creditor's name and mailing address

**SHOOK, HARDY, & BACON LLP**
**PO Box 843718**
**KANSAS CITY, MO 64184-3718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$73,266.50**

---

**3.241** | Nonpriority creditor's name and mailing address

**SHORT PUMP TOWN CENTER LLC**
**PO Box 44192**
**CLEVELAND, OH 44192**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$66,012.31**

---

**3.242** | Nonpriority creditor's name and mailing address

**SIEMENS INDUSTRY, INC.**
**PO Box 2134**
**CAROL STREAM, IL 60132-2134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$799.50**

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address

**SINGLE DIGITS, INC.**
**4 BEDFORD FARMS DR STE 210**
**BEDFORD, NH 03110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.85**

---

**3.244** | Nonpriority creditor's name and mailing address

**SMS SMART FACILITY SERVICES LLC**
**28389 Network Place**
**CHICAGO, IL 60673-1284**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$512.50**

---

**3.245** | Nonpriority creditor's name and mailing address

**SORELLA APOTHECARY**
**8975 DOUBLE DIAMOND PARKWAY, SUITE**
**RENO, NV 89521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$24,444.00**

---

**3.246** | Nonpriority creditor's name and mailing address

**SPA TEK LLC**
**28-24 STEINWAY STREET #225**
**ASTORIA, NY 11103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,453.82**

---

**3.247** | Nonpriority creditor's name and mailing address

**SPECIALTY LIGHTING GROUP LLC**
**74 PICKERING STREET**
**PORTLAND, CT 06480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$224.70**

---

**3.248** | Nonpriority creditor's name and mailing address

**SPECTRUM BUSINESS**
**PO Box 9227**
**UNIONDALE, NY 11555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$454.97**

---

**3.249** | Nonpriority creditor's name and mailing address

**SRP**
**PO BOX 80062**
**PRESCOTT, AZ 86304-8062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$550.08**

---

| Debtor | SAS OneSource, Inc. | | Case number (if known) | 20-10845 |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.50 |
|---|---|---|---|

**STAMPS.COM**
**PO Box 202921**
**DALLAS, TX 75320-2921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,380.49 |
|---|---|---|---|

**STAPLES ADVANTAGE**
**PO Box 83689**
**CHICAGO, IL 60690-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**STATE BOARD OF BARBERS**
**PO Box 14709**
**BALTIMORE, MD 21297-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,318.49 |
|---|---|---|---|

**STEEL GARDEN LLC**
**999 SOUTH OYSTER BAY ROAD SUITE 200**
**BETHPAGE, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.39 |
|---|---|---|---|

**STEVEN D ROSEFIELD**
**28 WEST END DRIVE**
**OLD LYME, CT 06371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.50 |
|---|---|---|---|

**STONBERG MORAN LLP**
**505 8TH AVENUE  STE 2302**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,081.31 |
|---|---|---|---|

**STREET RETAIL INC. (400-3603)**
**PO Box 8500-9320**
**PHILADELPHIA, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | SAS OneSource, Inc. | Case number (if known) | 20-10845 |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,940.22 |
| | **SUCCESSFACTORS INC**<br>**PO Box 89 4642**<br>**LOS ANGELES, CA 90189-4642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $217.75 |
| | **SUSAN ALLISON**<br>**8 KEMBLE AVE**<br>**COLD SPRING, NY 10516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,799.81 |
| | **SWVP LA PALOMA LLC**<br>**3800 EAST SUNRISE DRIVE**<br>**TUCSON, AZ 85718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,833.34 |
| | **T-C 919 N. MICHIGAN AVE RETAIL LLC**<br>**PO Box 360927**<br>**PITTSBURGH, PA 15251-6927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $211.83 |
| | **TAKARA BELMONT USA INC**<br>**DEPT CH 19104**<br>**PALATINE, IL 60055-9104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,524.45 |
| | **TESTANI DESIGN TROUPE**<br>**7525 EAST CAMELBACK RD #207**<br>**SCOTTSDALE, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
| | **THE BEECHER GROUP/IOWA B&B SUPPLY**<br>**3961 106ST STREET**<br>**DES MOINES, IA 50322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,195.54**

**THE BMF MEDIA GROUP LLC**
**50 WEST 23RD ST., 7TH FLR**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,397.19**

**THE CUSTOM COMPANIES, INC.**
**PO Box 3270**
**NORTHLAKE, IL 60164-3270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$569.63**

**THE G.R.A.Z.A.K. CORPORATION**
**21639 N. 14TH AVENUE**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,040.30**

**THE GARDEN CITY HOTEL**
**45 SEVENTH STREET**
**GARDEN CITY, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,257.56**

**THE REPUBLIC OF TEA**
**PO Box 843410**
**KANSAS CITY, MO 64184-3410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00**

**THE STERITECH GROUP**
**PO Box 13848**
**READING, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446.41**

**TIMEPAYMENT CORP**
**PO Box 3069**
**WOBURN, MA 01888-1969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,228.25**

**TLF NORTHWEST BUSINESS PARK I, LLC**
**62292 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,581.66**

**TM WILLOW BEND SHOPS L.P.**
**PO Box 205297**
**DALLAS, TX 75320-5297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,768.50**

**TOO THE MAX INC**
**PO Box 705**
**PARLIN, NJ 08859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247.41**

**TOWN BAGEL OF BELLMORE, INC.**
**2729 MERRICH ROAD**
**BELLMORE, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$668.48**

**TRANSAMERICA LIFE INSURANCE CO.**
**6400 C STREET SW, P55**
**CEDAR RAPIDS, IA 52499-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,278.51**

**TRANSEL ELEVATOR & ELECTRIC INC**
**PO Box 71241**
**PHILADELPHIA, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,089.14**

**TRAVELER'S**
**PO Box 660317**
**DALLAS, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**TRAVELHOST GREATER FORT LAUDERDALE**
**831 NORTHEAST 20TH AVE**
**FORT LAUDERDALE, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,293.90**

**TREASURER, ARLINGTON COUNTY**
**PO Box 1754**
**MERRIFIELD, VA 22116-1757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.36**

**TS ZO, LLC**
**11 WEST 42ND ST., 2ND FLOOR**
**NY, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.94**

**TURBO POWER INC.**
**31-40 DOWNING STREET**
**FLUSHING, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,299.52**

**TWENTY LAKE HOLDINGS, LLC**
**885 THIRD AVENUE,  SUITE 1940**
**NY, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.33**

**TYCO INTEGRATED SECURITY LLC**
**PO Box 371967**
**PITTSBURGH, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,893.92**

**UNITED BEAUTY PRODUCTS**
**216 LITTLE FALLS RD UNIT #7**
**CEDAR GROVE, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (*if known*) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,295.30** |
|---|---|---|---|

**UNITED HEALTHCARE**
**PNC BANK PO BOX 1697**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,627.54** |
|---|---|---|---|

**UNITED MECHANICAL**
**11540 PLANO ROAD**
**DALLAS, TX 75355-1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,763.29** |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$810.67** |
|---|---|---|---|

**US FOODSERVICE, INC.**
**PO Box 75368**
**BALTIMORE, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$783.36** |
|---|---|---|---|

**US Mechanical**
**25 West 26th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$776.05** |
|---|---|---|---|

**VAUGHN GROOMING LLC**
**3800 NE 1ST AVE., 2ND FLR**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,510.32** |
|---|---|---|---|

**VERIZON**
**PO Box 4830**
**TRENTON, NJ 08650-4830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | | Case number (if known) | **20-10845** |
|---|---|---|---|---|
| | Name | | | |

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,889.53**

**VERIZON WIRELESS**
**PO Box 660108**
**DALLAS, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,110.43**

**VETERANS WORLWIDE MAINTENANCE**
**105 MAIN ST., 3RD FLR**
**HACKENSACK, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,868.25**

**VICTORY BEAUTY SYSTEMS INC**
**PO Box 650715**
**DALLAS, TX 75265-0715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,820.00**

**VIENNA GLASS COMPANY INC**
**7873 COPPERMINE DRIVE**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,286.00**

**W R RAYSON CO INC**
**720 SOUTH DICKERSON ST**
**BURGAW, NC 28425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.69**

**WALGREENS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,999.62**

**WASHINGTON GAS**
**PO Box 37747**
**PHILADELPHIA, PA 19101-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,755.22**

**WELLA CORPORATION**
**24444 NETWORK PLACE**
**CHICAGO, IL 60673-1244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,430.65**

**WELLS FARGO FINANCIAL LEASING**
**PO Box 10306**
**DES MOINES, IA 50306-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.50**

**WEST 28TH STREET CORP**
**31 W. 34TH ST, STE 7092**
**NY, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,476.53**

**WESTIN LA PALOMA**
**3800 E SUNRISE DRIVE**
**TUSCON, AZ 85718-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,166.61**

**WILLARD INTERCONTINENTAL WASH DC**
**1401 PENNSYLVANIA AVE NW**
**WASHINGTON, DC 20004-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.91**

**XO COMMUNICATIONS**
**8851 SANDY PKWY**
**SANDY, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,137.12**

**XO-VERIZON**
**PO Box 15043**
**ALBANY, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SAS OneSource, Inc. | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.73** |
|---|---|---|---|

**XPO LOGISTICS FREIGHT INC**
**PO Box 5160**
**PORTLAND, OR 97208-5160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.20** |
|---|---|---|---|

**YEARLI**
**2480 WALER AVE NW**
**GRAND RAPIDS, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.60** |
|---|---|---|---|

**YOTES DOCUMENT SOLUTIONS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,365.26** |
|---|---|---|---|

**YRC**
**PO Box 100129**
**PASADENA, CA 91189-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$588.00** |
|---|---|---|---|

**ZAPIER INC.**
**548 MARKET ST #62411**
**SAN FRANCISCO, CA 94104-5401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,247.23** |
|---|---|---|---|

**ZAYO GROUP HOLDINGS, INC.**
**PO Box 952136**
**DALLAS, TX 75395-2136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,199.15** |
|---|---|---|---|

**ZEEL NETWORKS INC**
**45 W. 45TH STREET 16 FLOOR**
**NEW YORK, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **SAS OneSource, Inc.** | Case number (if known) | **20-10845** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,902,989.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,902,989.43 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SAS OneSource, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **20-10845** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Office Lease**    State the term remaining    List the contract number of any government contract | **300 Main Street Stamford, LLC**<br>**c/o Twenty Lake Holdings, LLC**<br>**300 Main Street**<br>**Stamford, CT 06904** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Office Lease**    State the term remaining    List the contract number of any government contract | **Cousins 222 S. Mill, LLC**<br>**c/o Cousins Properties**<br>**3344 Peachtree Road NE, Suite**<br>**Atlanta, GA 30326** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   **Management Services Agreement**    State the term remaining    List the contract number of any government contract | **Dhanya, LLC**<br>**25 West 26th Street**<br>**2nd Floor**<br>**New York, NY 10010** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **Services Agreement**    State the term remaining    List the contract number of any government contract | **Sally Hershberger Hudson, LLC**<br>**20 Hudson Yards**<br>**New York, NY 10001** |

| Debtor 1 | **SAS OneSource, Inc.** | | | Case number *(if known)* | **20-10845** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease** | |
|---|---|---|---|
| | State the term remaining | | **TLF Northwest Business Park I, c/o Interstate Partners LLC 90 Prairie Parkway Gilberts, IL 60136** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name    **SAS OneSource, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    **20-10845** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Mynd Spa & Salon, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2   **Mynd Spa & Salon, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **ELIZABETH ARDEN COMPANY ct** | ☐ D _____ ■ E/F   **3.106** ☐ G _____ |
| 2.3   **OneSource Service, Inc.** | **135 West 230th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4   **SASOS Holdings, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |

| Debtor | **SAS OneSource, Inc.** | Case number *(if known)* | **20-10845** |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **SASOS Holdings, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **ELIZABETH ARDEN COMPANY ct** | ☐ D _____  ■ E/F  **3.106** ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **SAS OneSource, Inc.** | Case No. | **20-10845** |
| | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 139,538.00 |
| Prior to the filing of this statement I have received | $ | 139,538.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 24, 2020** | **/s/ Joseph T. Moldovan** |
| *Date* | **Joseph T. Moldovan** |
| | *Signature of Attorney* |
| | **Morrison Cohen LLP** |
| | **909 Third Avenue** |
| | **New York, NY 10022-4784** |
| | **(212) 735-8600   Fax: (212) 735-8708** |
| | **bankruptcy@morrisoncohen.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of New York

In re    **SAS OneSource, Inc.**                       Case No.    **20-10845**

                               Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 24, 2020**                    **/s/ Todd Walter**

                                            **Todd Walter**/**President**
                                            Signer/Title

.

1000BULBS.COM
2140 MERRITT DRIVE
GARLAND, TX 75041


300 MAIN STREET STAMFORD, LLC
C/O TWENTY LAKE HOLDINGS, LLC
300 MAIN STREET
STAMFORD, CT 06904


3C COMPLETE COMMERCIAL CLEANING LLC
PO BOX 1636
ANNANDALE, VA 22003


4676 WESTCHESTER MALL, LLC
PO BOX 643095
PITTSBURGH, PA 15264-3095


ACCURATE PRINTING INC
4749 W 136TH ST
CRESTWOOD, IL 60445


ACE ENDICO
80 INTERNATIONAL BLVD
BREWSTER, NY 10509


ACTION ENVIRONMENTAL SERVICES
PO BOX 554744
DETROIT, MI 48255-4744


AD ART, INC.
150 EXECUTIVE PARK BLVD, STE 2100
SAN FRANCISCO, CA 94134


ADAM WOJCIECH DUDEK
1671 BENSON AVE, APT 4
BROOKLYN, NY 11214


ALBERTSONS / SAFEWAY
33014 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0330


ALERTRA, INC.
PO BOX 73
STILLWATER, OK 74076-0073

ALL CULTURES INC.
159 EAST 2ND STREET
HUNTINGTON STATION, NY 11746


ALLIANCE PAPER & FOOD SERVICE EQUIP
11058 W. ADDISON STREET
FRANKLIN PARK, IL 60131


ALLIANT INSURANCE SERVICES
PO BOX 840919
PASADENA, CA 91109-8377


ALLTEK SYSTEMS INC
177 W. WESTFIELD AVE
ROSELLE PARK, NJ 07204


AMAZING NAIL CONCEPTS
11101 S CROWN WAY STE 7
WELLINGTON, FL 33414-8792


AMAZING PEST CONTROL
105 MAIN STREET, 3RD FLOOR
HACKENSACK, NJ 07601


AMAZING SHINE NAILS, INC
13163 FLORES ST
SANTA FE SPRINGS, CA 90670


AMAZON.COM
CUSTOMER SERVICE PO BOX 81226
SEATTLE, WA 98108-1226


AMBER PRODUCTS
549 ROUTE 30
IMPERIAL, PA 15126


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-8000


AMERICAN INTERNATIONAL IND.
2220 GASPER AVE
LOS ANGELES, CA 90040

AMX COOLING & HEATING LLC
101 CASTLETON STREET
PLEASANTVILLE, NY 10570


APPEARUS PRODUCTS CORP
15046 NELSON AVE SUITE 21
CITY OF INDUSTRY, CA 91744


APPLEXUS TECHNOLOGIES LLC
33507 9TH AVE SOUTH BLDG D
FEDERAL WAY, WA 98003


ARAMARK REFRESHMENT SERVICES
PO BOX 415758
BOSTON, MA 02241-5758


ARIZONA ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX, AZ 85004-2926


ARKADIN, INC.
PO BOX 347261
PITTSBURGH, PA 15251-4261


AROMATHERAPY ASSOCIATES INC
4900 PRESTON ROAD, SUITE 108
FRISCO, TX 75034-8744


ASEPTIC CONTROL PRODUCTS INC
1225 CARNEGIE ST UNIT 104
ROLLING MEADOWS, IL 60008


ASSOCIATED INTEGRATED
7954 SOLUTION CENTER
CHICAGO, IL 60677-7009


AT&T
PO BOX 13146
NEWARK, NJ 07101-5646


ATHENA COSMETICS
1838 EASTMAN AVENUE, STE. 200
VENTURA, CA 93003

ATMOS ENERGY
PO BOX 740353
CINCINNATI, OH 45274-0353


AZ DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007


B. VON PARIS & SONS, INC
8691 LARKIN ROAD
SAVAGE, MD 20763-9722


BABOR COSMETICS
430 S CONGRESS AVE SUITE 2
DELRAY BEACH, FL 33445


BACARELLA TRANSPORTATION SERVICES
375 BRIDGEPORT AVE
SHELTON, CT 06484


BAKER'S CRUST INC
549 S. BIRDNECK ROAD SUITE 101
VIRGINIA BEACH, VA 23451


BANKRUPTCY UNIT, CIVIL RECOV B
OFFICE OF THE ATTORNEY GENERAL
ALBANY, NY 12224-0341


BBC HOLDINGS, LLC
7373 BEVERLY BLVD
LOS ANGELES, CA 90036


BEAUTY HAIR TRADING INC.
20380 GRAMERCY PLACE
TORRANCE, CA 90501


BENESTAR CORP
2001 WEST MAIN ST SUITE 275
STAMFORD, CT 06902


BEST LOCAL WINDOW CLEANING
PO BOX 2752
NY, NY 10163

BILTMORE FASHION PARK
PO BOX 31001-2178
PASADENA, CA 91110-2178


BIRCKHEAD ELECTRIC, INC.
3506 MALEC LANE
BOWIE, MD 20715-2912


BLUE CROSS BLUE SHIELD OF ARIZONA
PO BOX 81049
PHOENIX, AZ 85069


BLUE RIVER DIGITAL
1624 SANTA CLARA DRIVE
ROSEVILLE, CA 95661


BONNIE PUTTERMAN
100 CAROL RD
LINWOOD, NJ 08221


BOSS BEAUTY SUPPLY INC
1380 ADAMS ROAD
BENSALEM, PA 19020


BRAY & SCARFF
8486 D TYCO ROAD
VIENNA, VA 22180


BRENDA J RIBBLE
2911 16TH ST., W
LEHIGH ACRES, FL 33971


BROADVOICE
9221 CORBIN AVE STE 155
NORTHRIDGE, CA 91324


BROTHERS SECURITY, LLC
2211 ROUTE 112
MEDFORD, NY 11763


BTX GLOBAL LOGISTICS
PO BOX 853
SHELTON, CT 06484

BUILDING & CONSTRUCTION PROS, INC.
2905 JERRIE LANE
GLENVIEW, IL 60025


C-PEC CORPORATION
3120 W WELDON AVE
PHOENIX, AZ 85017


CAESARS ENTERTAINMENT
PO BOX 170010
LAS VEGAS, NV 89114


CAFFE UMBRIA
8620 16TH AVE SOUTH
SEATTLE, WA 98108


CAPITAL SUPPLY COMPANY
115 CASTLE ROAD
SECAUCUS, NJ 07094


CAPTURE BY LUCY


CARRIE L CARLISLE
PO BOX 496
NY, NY 10276


CBIZ MHM, LLC
FILE 50034
LOS ANGELES, CA 90074-0034


CDW COMPUTER CENTERS INC
PO BOX 75723
CHICAGO, IL 60675-5723


CENTRAL WINDOW CLEANING, INC.
124 FRONT STREET ROOM 201
MASSAPEQUA PARK, NY 11762


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255

CG BUILDERS, LLC
4045A FEDERAL HILL RD
JARRETTSVILE, MD 21084


CHICAGO BACKFLOW INC.
12607 S. LARAMIE AVE
ALSIP, IL 60803


CINEMA SECRETS, INC.
4404 W. RIVERSIDE DRIVE
BURBANK, CA 91505


CITY OF PHOENIX, AZ
ALARM PERMIT SUB. APPLICA
PHOENIX, AZ 85072-2681


CLASSPASS INC
275 7TH AVE, 11TH FLR
NEW YORK, NY 10001


COFFEE DISTRIBUTING CORPORATION
200 BROADWAY
GARDEN CITY PARK, NY 11040


COFFEE KING INC.
316 FLOYD BLVD
SIOUX CITY, IA 51102


COMCAST
PO BOX 3001
SOUTHEASTERN, PA 19398-3001


COMMERCIAL EXPRESS HVAC INC.
3656 CENTERVIEW DRIVE SUITE12
HERNDON, VA 20151


COMMERCIAL MAINTENANCE SYSTEMS
2314 DARBY COURT
BEL AIR, MD 21015


COMMISSIONER OF REVENUE SERVIC
STATE OF CONNECTICUT
HARTFORD, CT 06102-5088

COMPTROLLER OF MD, COMPLIANCE
STATE OFFICE BUILDING
301 W. PRESTON STREET, RM 202
BALTIMORE, MD 21201-2383


CONNECTICUT DEPARTMENT OF REVE
BANKRUPTCY DIV - COLLECTIONS U
450 COLUMBUS BLVD., SUITE ONE
HARTFORD, CT 06103


CORNERSTONE ONDEMAND INC
1601 CLOVERFIELD BLVD STE 620 SOUTH
SANTA MONICA, CA 90404


CORPORATE COFFEE SYSTEMS
745 SUMMA AVENUE
WESTBURY, NY 11590


COSMOPROF
3001 COLORADO BLVD
DENTON, TX 76208


COUNTY OF FAIRFAX
4100 CHAIN BRIDGE RD
FAIRFAX, VA 22030


COUNTY OF HENRICO, VIRGINIA
PO BOX 90775
HENRICO, VA 23273-0775


COUSINS 222 S. MILL, LLC
C/O COUSINS PROPERTIES
80 E. RIO SALADO PKWY, STE 105
TEMPE, AZ 85281


COUSINS 222 S. MILL, LLC
C/O COUSINS PROPERTIES
3344 PEACHTREE ROAD NE, SUITE
ATLANTA, GA 30326


COUSINS PROPERTIES LP
PO BOX 679408
DALLAS, TX 75267-9408

COVERALL OF SOUTHERN NEW ENGLAND
33 COLLEGE HILL ROAD #5E
WARWICK, RI 02886


COX COMMUNICATIONS
PO BOX 39
NEWARK, NJ 07101-0039


CRAZY JIM'S
TEMPE, AZ 85281


CULLIGAN/OASIS WATER
PO BOX 77043
MINNEAPOLIS, MN 55480-7743


CUSHMAN & WAKEFIELD
107 ELM STREET, 8TH FLOOR
FOUR STAMFORD PLAZA
STAMFORD, CT 06902


DANIEL M. KURKOWSKI
KURKOWSKI LAW
1252 RT. 109 SOUTH
CAPE MAY, NJ 08204


DATA SQUARE LLC
396 DANBURY ROAD
WILTON, CT 06897


DC OFFICE OF TAX AND REVENUE
COMPLIANCE ADM, COLLECTION DIV
1101 4TH STREET, SW, 6TH FLOOR
WASHINGTON, DC 20024


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
BALTIMORE, MD 21274-4072


DELILAH COSMETICS LTD
49A WEST STREET
MARLOW - BUCKINGHAMSHIRE, 0 SL7 2LS

DESIGN PACKAGING INC
7880 EAST MCCLAIN DRIVE
SCOTTSDALE, AZ 85260


DHANYA, LLC
25 WEST 26TH STREET
2ND FLOOR
NEW YORK, NY 10010


DIAMOND AMERICAS LLC
123 WEED AVE
STAMFORD, CT 06902


DIRECT MACHINERY SALES CORP
50 COMMERCE PLACE
HICKSVILLE, NY 11801


DISCOUNT PLUMBING OUTLET


DISH NETWORK
DEPT 0063
PALATINE, IL 60055-0001


DISTRICT UNEMPLOYMENT COMP BD
4058 MINNESOTA AVENUE, NE
4TH FLOOR
WASHINGTON, DC 20019


DOCS MECHANICAL PIPING & HEATING
118 MOORE AVENUE
OCEANSIDE, NY 11572


DOCUMENT TECHNOLOGIES OF AZ
PO BOX 660831
DALLAS, TX 75266-0831


DOCUSIGN, INC
221 MAIN STREET, SUITE 1000
SAN FRANCISCO, CA 94105


DOMINION VIRGINIA POWER
PO BOX 26543
RICHMOND, VA 23290-0001

DOWNTOWN TEMPE AUTHORITY INC
310 S. MILL AVE SUITE A201
TEMPE, AZ 85281


DR. DENNIS GROSS SKINCARE, LLC
12 E 46TH ST # 302
NEW YORK, NY 10017


DRYER VENTS UNLIMITED, INC.
9921 SW 7TH ST
PEMBROKE PINES, FL 33025


DURABLE PACKAGING
750 NORTHGATE PARKWAY
WHEELING, IL 60090


EARTHLITE LLC DBA TARA SPA THERAPY,
PO BOX 6457
CAROL STREAM, IL 60197


EAST COAST ELECTRIC INC
37 MAIN STREET
REISTERSTOWN, MD 21136


ECLIPSE SECURITY
3702 E. ROESER ROAD SUITE 85040
PHOENIX, AZ 85040


ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


EDCO COMMERCIAL GAS SERVICE
1640 TRAPPE CHURCH RD
DARLINGTON, MD 21034


EISENBERG & BAUM, LLP
ERIC BAUM, ESQ.
24 UNION SQUARE EAST, 4TH FL
NEW YORK, NY 10003


EISENBERG & BAUM, LLP
SAGAR SHAH, ESQ.
24 UNION SQUARE EAST, 4TH FL
NEW YORK, NY 10003

ELECTRICAL & LIGHTING SOLUTIONS INC
2556 GAYTON CENTRE DRIVE
HENRICO, VA 23238


ELITE CARD PAYMENT CENTER
PO BOX 77066
MINNEAPOLIS, MN 55480-7766


ELIZABETH ARDEN COMPANY CT
200 FIRST STAMFORD PLACE
STAMFORD, CT 06902


EMPIRE BEAUTY SUPPLY
90 DAYTON AVENUE
PASSAIC, NJ 07055


EQUIPMENT INTERNATIONAL LTD
8778 FERRIS AVE
MORTON GROVE, IL 60053


ERY RETAIL PODIUM LLC
PO BOX 782608
PHILADELPHIA, PA 19178-2608


EUROPEAN SPA SOURCE
1783 KINGLER COURT
COSTA MESA, CA 92626


EVERYDAY SOUND
1709 STEPHEN ST
RIDGEWOOD, NY 11385


EXECUTIVE PARKING
PO BOX 740421
REGO PARK, NY 11374


EXTRA SPACE STORAGE OF
6501 W. PLANO PARKWAY
PLANO, TX 75093


F.L. YOUNG LLC
242 E. 137TH STREET
BRONX, NY 10451

FAIRFAX CORNER RETAIL LC
PO BOX 601305
CHARLOTTE, NC 28260-1305


FAIRFAX SQUARE LLC
PO BOX 644616
PITTSBURGH, PA 15264-4616


FEDERAL EXPRESS
PO BOX 7221
PASADENA, CA 91109-7321


FEDERAL REALTY INVESTMENT TRUST
PO BOX 8500-9320
PHILADELPHIA, PA 19178-9320


FENNEMORE CRAIG, P.C.
2394 EAST CAMELBACK ROAD
PHOENIX, AZ 85016-3429


FIG & OLIVE FIFTH AVE, LLC
10 EAST 52ND ST
NEW YORK, NY 10022


FIRETROL PROTECTION SYSTEMS, INC.
8240 S. KYRENE ROAD SUITE 109
TEMPE, AZ 85284


FIRSTLEASE, INC.
1 WALNUT GROVE, SUITE 300
HORSHAM, PA 19044


FISH WINDOW CLEANING
466 CENTRAL AVENUE SUITE 8
NORTHFIELD, IL 60093


FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

FRANK PETRO
614 PARK PLACE
GALLOWAY, NJ 08205


FRC BALANCE LLC
4455 EAST CAMELBACK ROAD SUIT A115
PHOENIX, AZ 85018


FRESH DIRECT


FROSS ZELNICK LEHRMAN & ZISSU, PC
151 W. 42ND ST., 17TH FLOOR
NY, NY 10036


FUNKHOUSER VEGOSEN LIEBMAN & D
55 W. MONROE STREET, STE 2300
ATTN: STEVEN H. BLUMENTHAL, ES
CHICAGO, IL 60603


FUSIONWARE INTEGRATION CORPORA
#405-604 COLUMBIA STREET
NEW WESTMINISTER, BC
V3M 1A5


GARDAWORLD
3209 MOMENTUM PLACE
CHICAGO, IL 60689-5332


GARDEN CITY CHAMBER OF COMMERCE
230 SEVENTH STREET
GARDEN CITY, NY 11530


GEISS, DESTIN, & DUNN, INC.
PO BOX 102938
ATLANTA, GA 30368-2938


GENESIS GROUP INC.
811 THORNDALE AVE
BENSENVILLE, IL 60106


GLASSDOOR, INC
100 SHORELINE HIGHWAY
MILL VALLEY, CA 94941

GRANITE TELECOMMUNICATIONS
PO BOX 983119
BOSTON, MA 02298-3119


GRAVITY MEDIA LLC
114 WEST 26TH STREET, 8TH FLOOR
NEW YORK, NY 10001


GREATAMERICA FINANCIAL SERVICE
625 FIRST STREET SE
CEDAR RAPIDS, IA 52401


GREATAMERICA FINANCIAL SVCS
PO BOX 660831
DALLAS, TX 75266-0831


GROOT INDUSTRIES
PO BOX 92317
ELK GROVE VILLAGE, IL 60009-2317


GROSVENOR URBAN RETAIL LP
PO BOX 823523
PHILADELPHIA, PA 19182-3523


GUARDIAN SERVICE INDUSTRIES, INC.
88005 EXPEDITE WAT
CHICGO, IL 60695-0005


HEALTHY HAIR, INC.
404 N CEDROS AVE
SOLANA BEACH, CA 92075


HOTEL AT UMCP LLC
1950 OLD GALLOWS ROAD SUITE 600
VIENNA, VA 22182


HR DIRECT
100 ENTERPRISE PLACE
DOVER, DE 19904


HYDROX LABORATORIES
PO BOX 264
BEDFORD PARK, IL 60499

HYPER CLEAN DUCT CLEANING
2944 OAKLAKE BLVD
MIDLOTHIAN, VA 23112


ILLINOIS ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 WEST RANDOLPH STREET
CHICAGO, IL 60601


ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P O BOX 19035
SPRINGFIELD, IL 62794-9035


ILLINOIS DEPT OF EMPLOYMENT SE
BENEFIT PAYMENT CONTROL DIVISI
P O BOX 4385
CHICAGO, IL 60680


ILLUMINATION INTERNATIONAL
15855 N GREENWAY-HAYDEN LOOP STE 19
SCOTTSDALE, AZ 85260


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATIONAL CLEANING SERVICES,INC
2415 COMSTOCK COURT
NAPERVILLE, IL 60564


IOWA BEAUTY & BARBER SUPPLY INC.
3961 106TH STREET
DES MOINES, IA 50322


IRON MOUNTAIN OFF SITE
DATA PROTE
PASADENA, CA 91189-1002


ISADORA CAFE
16 EAST 52ND STREET
NEW YORK, NY 10022

JACK'S COFFEE WHOLESALE
10 DOWNING STREET
NEW YORK, NY 10014


JAYME OWENS
KURKOWSKI LAW, DANIEL M. KURKO
1252 RT. 109 SOUTH
CAPE MAY, NJ 08204


JDP MECHANICAL, INC.
24-39 44TH STREET
ASTORIA, NY 11103-2055


JOHN HANCOCK RETIREMENT PLAN SERVIC
690 CANTON STREET
WESTWOOD, MA 02090


JOHNSON CONTROLS SECURITY SOLUTIONS LLC
10405 CROSSPOINT BOULEVARD
INDIANAPOLIS, IN 46256


JP MCHALE PEST MANAGEMENT, INC
PO BOX 98
MONTROSE, NY 10548


KARL BOONE JR INC
15818 LAUGHLIN LANE
SILVER SPRINGS, MD 20906


KENNETH F. ST. JOHN
BORRELLI & ASSOCIATES, PLLC
910 FRANKLIN AVE.
GARDEN CITY, NY 11530-2906


KENTLANDS LOT I LLC
PO BOX 38042
BALTIMORE, MD 21264-4288


KERATIN HOLDINGS LLC
6400 CONGRESS AVE SUITE 2000
BOCA RATON, FL 33487


KEYSTONE FLORIDA PROPERTY HOLDING C
PO BOX 71345
CHICAGO, IL 60694-1345

KIRBY LIMITED PARTNERSHIP
740 WAUKEGAN ROAD SUITE 300
DEERFIELD, IL 60015-4483


KSSM, LLC
1655 S. ENTERPRISE AVENUE B4
SPRINGFIELD, MO 65804


KVG GROUP INC.
1 WESTSIDE DRIVE UNIT #12
TORONTO, ON M9C 1B2


LABELVALUE.COM
5704 W SLIGH AVE
TAMPA, FL 33634


LAUNDRY EQUIPMENT SERVICES,INC
13015 SALEM AVENUE
HAGERSTOWN, MD 21740


LAVONNE MURDOCK
STAMFORD, CT


LIBERTY LIFE ASSURANCE COMPANY
PO BOX 2658
CAROL STREAM, IL 60132


LIBERTY PEST CONTROL
8220 17TH AVE
BROOKLYN, NY 11214


LISTRAK INC.
100 WEST MILLPORT RD
LITITZ, PA 17543


LITTLER MEDELSON P.C.
PO BOX 207137
DALLAS, TX 75320-7137


LIVING EARTH CRAFTS
PO BOX 6457
CAROL STREAM, IL 60197-6457

```
M & R RENOVATION, LLC
6315 E. LARKSPUR DRIVE
SCOTTSDALE, AZ 85254


MALI SHAYBANI
7112 WESTERN AVE
CHEVY CHASE, MD 20815


MANHATTAN FINISH LLC
1671 BENSON AVE, APT 4
BROOKLYN, NY 11214


MARKE PLUMBING, INC
2720 E MICHIGAN BLVD
MICHIGAN CITY, IN 46360


MARLIN LEASING CORP
PO BOX 13604
PHILADELPHIA, PA 19101-3604


MARYLAND ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202


MARYLAND INSURANCE ADMINISTRAT
OFFICE OF THE COMMISSIONER
200 ST. PAUL PLACE, SUITE 2700
BALTIMORE, MD 21202


MASPETH MECHANICAL INC
13007 26TH AVE., STE 20
FLUSHING, NY 11354-1141


MATRIARCH SOLUTIONS LLC
12 NURSERY COURT
GLASSBORO, NJ 08028


MBODI INTERNATIONAL INC.
467 PARAMOUNT PLACE
ELLIJAY, GA 30540


MCDEVITT & SONS PLUMBING
1111 THOMPSON AVE
SEVERN, MD 21144
```

MD DEPT OF ASSESS AND TAXATION
STATE OFFICE BUILDING
301 W. PRESTON STREET
BALTIMORE, MD 21201-2395


MD DEPT OF LABOR, LIC, AND REG
DIVISION OF UNEMPLOYMENT INS
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD 21201


MEDLINE INDUSTRIES INC
PO BOX 21558
PASADENA, CA 91185-1558


MICHELLE HAGLEY
BORRELLI & ASSOCIATES, PLLC
910 FRANKLIN AVE STE 200
GARDEN CITY, NY 11530-2906


MICROSOFT
PO BOX 5549
NEW YORK, NY


MINDFLASH
APPLIED TRAINING SYSTEMS, INC.
DEPT. LA 24891
PASADENA, CA 91185-4891


MJ BRUNETTI, INC.
PO BOX 2148
AQUEBOGUE, NY 11931


MOOD MEDIA NA HOLDINGS CORP.
PO BOX 602777
CHARLOTTE, NC 28260-2777


MYND SPA #1002 CHEVY CHASE
5225 WISCONSIN AVE NW
WASHINGTON, DC 20015


MYND SPA #1005 TYSON'S CORNER
8075 LEESBURG PIKE #110
VIENNA, VA 22182

MYND SPA #1080 RESTON
11838 SPECTRUM CENTER DR.
RESTON, VA 20190


MYND SPA #1100 DEERFIELD
720 N. WAUKEGAN RD BLDG 3
DEERFIELD, IL 60015


MYND SPA #1140 PIKE & ROSE
943 ROSE AVE
NORTH BETHESDA, MD 20852


MYND SPA #1235 CHATWAL
130 W. 44TH STREET
NEW YORK, NY 10036


NASSAU COUNTY DEPARTMENT
200 COUNTY SEAT DR
MINEOLA, NY 11501


NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-4791


NATIONAL PAYMENT CORPROATION
3415 WEST CYPRESS ST
TAMPA, FL 33607


NATIONWIDE CLEANERS
105 MAIN ST
HACKENSACK, NJ 07601


NATIONWIDE REFRIGERATION INC
11996 BALLSFORD ROAD
MANASSAS, VA 20109


NESPRESSO


NEW JERSEY DEPARTMENT OF LABOR
BENEFIT PAYMENT CONTROL
P.O. BOX 951
TRENTON, NJ 08625-0951

NEXGEN IV
181 E HALSEY RD
PARSIPPANY, NJ 07054


NIEMAN MARCUS
PO BOX 5235
CAROL STREAM, IL 60197-5235


NITECH FIRE & SECURITY INDUSTRIES, INC.
109 FAIRFIELD WAY
BLOOMINGDALE, IL 60108


NJ ATTY GEN OFF, DIV OF LAW
RICHARD J. HUGHES JUSTICE COMP
25 MARKET STREET, P.O. BOX 112
TRENTON, NJ 08625-0112


NJ DIV TAX, COMP & ENF - BANKR
50 BARRACK STREET, 9TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0267


NOEL ASMAR UNIFORMS INC
2630 CROYDON DRIVE SUITE 306
SURREY, BC V3S 6T3


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INSURANCE FUN
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF ATTORNEY GENERAL
BANKRUPTCY DIVISION
55 ELM STREET
HARTFORD, CT 06106

OFFICE OF THE ATTORNEY GENERAL
TAX, BANKRUPTCY AND FINANCE
441 4TH STREET, NW, 6TH FLOOR
WASHINGTON, DC 20001


OFFICE OF THE ATTORNEY GENERAL
DCSE – BANKRUPTCY UNIT
2001 MAYWILL STREET, SUITE 200
RICHMOND, VA 23230


OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 THE CAPITOL
VA 23299-1050


OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548


ONE SOURCE SERVICE
15149 SPRINGDALE STREET
HUNTINGTON BEACH, CA 92649


OPTIMUM
PO BOX 742698
CINCINNATI, OH 45274-2698


OPTUM BANK INC.
2771 MOMENTUM PLACE
CHICAGO, IL 60689-5327


ORIGINITALIA SRL
VIA GARDELLINA 9
CALDOGNO 36030


P-RYTON CORPORATION
5-04 50TH AVENUE
LONG ISLAND CITY, NY 11101


PALMER PACKAGING INC
PO BOX 335
ADDISON, IL 60101

PANDEMEK, LLC
400 MAIN STREET SUITE 310
STAMFORD, CT 06901


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


PATCHOLOGY/ IONTERA INC
83 MORSE STREET, 8A
NORWOOD, MA 02062


PAYROLL TAX MANAGEMENT
1932 E DEERE AVE STE 150
SANTA ANA, CA 92705


PEPCO
PO BOX 13608
PHILADELPHIA, PA 19101


PHOENIX NAP
3402 E UNIVERSITY DRIVE
PHOENIX, AZ 85034


PHYTOMER CORP
952 E. WOODOAK
MURRAY, UT 84117


PILOT AIR FREIGHT CORP.
PO BOX 654058
DALLAS, TX 75265-4058


PRECISION ANALYTICAL INC
2161 WHITESVILLE ROAD
TOMS RIVER, NJ 08755


PRINCE GEORGE'S COUNTY, MD
PO BOX 17578
BALTIMORE, MD 21297-1578


PRINTING & GRAPHICS EMPORIUM, INC.
15 BANK STREET
STAMFORD, CT 06901

PRO-TEK MECHANICAL
740 TELSER ROAD
LAKE ZURICH, IL 60047


PROVIDENT LIFE AND ACCIDENT IN
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330


QUALITY BEAUTY SUPPLY INC.
281 S. RIVER RD.
DES PLAINES, IL 60016


QUARLES & BRADY LLP
ONE RENAISSANCE SQUARE
PHOENIX, AZ 85004-2391


QUENCH USA, INC
LOCK BOX 53203
PHILADELPHIA, PA 19178-3203


READY CARE INDUSTRIES
15845 E 32ND AVE
AURORA, CO 80011


REG COUNS NY/NJ, JOHN CAHILL
US DEPT OF HOUSING & URBAN DEV
26 FEDERAL PLAZA, ROOM 3500
NEW YORK, NY 10278-0068


REPUBLIC SERVICES #695
PO BOX 9001191
LOUISVILLE, KY 40291-1191


RISK ASSESSMENT GROUP
2100 S. RURAL ROAD
TEMPE, AZ 85282


RKB HANDYMAN SERVICES, INC.
330 MOTOR PARKWAY STE 306
HAUPPAGUE, NY 11788


RODIAL LIMITED
COLLEGE HOUSE, 272 KINGS ROAD
LONDON, UK SW3-5AW

ROSENTHAL & ROSENTHAL, INC.
1370 BROADWAY
NEW YORK, NY 10018


S & S INDUSTRIAL SUPPLY
9040 MURPHY ROAD
WOODRIDGE, IL 60517


SALLY HERSHBERGER - PETTY CASH
500 WEST 33RD ST STE RU102
NEW YORK, NY 10001


SALLY HERSHBERGER HUDSON, LLC
20 HUDSON YARDS
NEW YORK, NY 10001


SALLY HERSHBERGER PROFESSIONAL
565 BROADWAY FLOOR 9
NY, NY 10012


SALON CENTRIC INC.
62678 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0626


SALONWEAR
2525 NEVADA AVE N SUITE 305
GOLDEN VALLEY, MN 55427


SAP AMERICA, INC.
PO BOX 89 4642
LOS ANGELES, CA 90189-4642


SATOR REALTY, INC
PO BOX 9334
NEW YORK, NY 10087-9334


SAUL HOLDINGS LTD PARTNERSHIP
PO BOX 38042
BALTIMORE, MD 21297-8042


SAVANTIS SOLUTIONS, LLC.
100 WOOD AVE SOUTH  STE 200
ISELIN, NJ 08830

SCIENTIFIC FIRE PREVENTION CO.
47-25 34TH STREET, STE 203
LONG ISLAND CTY, NY 11101-9085


SCRIP, INC.
DEPT CH19131
PALATINE, IL 60055-9131


SECURITY PEOPLE, INC./DIGILOCK
5341 OLD REDWOOD HWY, SUITE 200
PETALUMA, CA 94954


SERVICE 1ST COMPANY/DISTRIBUTION/
901 W 1ST AVE #3
MESA, AZ 85210


SERVICE BY AIR
PO BOX 7777
OLD BETHPAGE, NY 11804-0060


SHAMROCK MOVING & STORAGE INC
325 EAST JIMMIE LEEDS RD, STE 181
GALLOWAY, NJ 08205


SHOOK, HARDY, & BACON LLP
PO BOX 843718
KANSAS CITY, MO 64184-3718


SHORT PUMP TOWN CENTER LLC
PO BOX 44192
CLEVELAND, OH 44192


SIEMENS INDUSTRY, INC.
PO BOX 2134
CAROL STREAM, IL 60132-2134


SINGLE DIGITS, INC.
4 BEDFORD FARMS DR STE 210
BEDFORD, NH 03110


SMS SMART FACILITY SERVICES LLC
28389 NETWORK PLACE
CHICAGO, IL 60673-1284

SOCIAL SECURITY ADMINISTRATION
OFF OF REG CHIEF COUNS, REG II
26 FEDERAL PLAZA, ROOM 3904
NEW YORK, NY 10278


SORELLA APOTHECARY
8975 DOUBLE DIAMOND PARKWAY, SUITE
RENO, NV 89521


SPA TEK LLC
28-24 STEINWAY STREET #225
ASTORIA, NY 11103


SPECIALTY LIGHTING GROUP LLC
74 PICKERING STREET
PORTLAND, CT 06480


SPECTRUM BUSINESS
PO BOX 9227
UNIONDALE, NY 11555


SRP
PO BOX 80062
PRESCOTT, AZ 86304-8062


STAMPS.COM
PO BOX 202921
DALLAS, TX 75320-2921


STAPLES ADVANTAGE
PO BOX 83689
CHICAGO, IL 60690-3689


STATE BOARD OF BARBERS
PO BOX 14709
BALTIMORE, MD 21297-1409


STEEL GARDEN LLC
999 SOUTH OYSTER BAY ROAD SUITE 200
BETHPAGE, NY 11714


STEVEN D ROSEFIELD
28 WEST END DRIVE
OLD LYME, CT 06371

STONBERG MORAN LLP
505 8TH AVENUE  STE 2302
NEW YORK, NY 10018


STREET RETAIL INC. (400-3603)
PO BOX 8500-9320
PHILADELPHIA, PA 19178-9320


SUCCESSFACTORS INC
PO BOX 89 4642
LOS ANGELES, CA 90189-4642


SUPREME COURT OF NEW YORK, BRO
851 GRAND CONCOURSE
INDEX NO.: 309303-2011
BRONX, NY 10451


SUSAN ALLISON
8 KEMBLE AVE
COLD SPRING, NY 10516


SWVP LA PALOMA LLC
3800 EAST SUNRISE DRIVE
TUCSON, AZ 85718


T-C 919 N. MICHIGAN AVE RETAIL LLC
PO BOX 360927
PITTSBURGH, PA 15251-6927


TAKARA BELMONT USA INC
DEPT CH 19104
PALATINE, IL 60055-9104


TESTANI DESIGN TROUPE
7525 EAST CAMELBACK RD #207
SCOTTSDALE, AZ 85251


THE BEECHER GROUP/IOWA B&B SUPPLY
3961 106ST STREET
DES MOINES, IA 50322


THE BMF MEDIA GROUP LLC
50 WEST 23RD ST., 7TH FLR
NEW YORK, NY 10010

THE CUSTOM COMPANIES, INC.
PO BOX 3270
NORTHLAKE, IL 60164-3270


THE G.R.A.Z.A.K. CORPORATION
21639 N. 14TH AVENUE
PHOENIX, AZ 85027


THE GARDEN CITY HOTEL
45 SEVENTH STREET
GARDEN CITY, NY 11530


THE REPUBLIC OF TEA
PO BOX 843410
KANSAS CITY, MO 64184-3410


THE STERITECH GROUP
PO BOX 13848
READING, PA 19612


TIMEPAYMENT CORP
PO BOX 3069
WOBURN, MA 01888-1969


TLF NORTHWEST BUSINESS PARK I,
C/O STOCKBRIDGE CAPITAL GROUP
300 N. LASALLE STREET, SUITE 5
CHICAGO, IL 60654


TLF NORTHWEST BUSINESS PARK I,
C/O INTERSTATE PARTNERS LLC
90 PRAIRIE PARKWAY
GILBERTS, IL 60136


TLF NORTHWEST BUSINESS PARK I, LLC
62292 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


TM WILLOW BEND SHOPS L.P.
PO BOX 205297
DALLAS, TX 75320-5297


TOO THE MAX INC
PO BOX 705
PARLIN, NJ 08859

TOWN BAGEL OF BELLMORE, INC.
2729 MERRICH ROAD
BELLMORE, NY 11710


TRANSAMERICA LIFE INSURANCE CO.
6400 C STREET SW, P55
CEDAR RAPIDS, IA 52499-0001


TRANSEL ELEVATOR & ELECTRIC INC
PO BOX 71241
PHILADELPHIA, PA 19176


TRAVELER'S
PO BOX 660317
DALLAS, TX 75266-0317


TRAVELHOST GREATER FORT LAUDERDALE
831 NORTHEAST 20TH AVE
FORT LAUDERDALE, FL 33304


TREASURER OF VIRGINIA
P.O. BOX 570
RICHMOND, VA 23218-0570


TREASURER, ARLINGTON COUNTY
PO BOX 1754
MERRIFIELD, VA 22116-1757


TS ZO, LLC
11 WEST 42ND ST., 2ND FLOOR
NY, NY 10036


TURBO POWER INC.
31-40 DOWNING STREET
FLUSHING, NY 11354


TWENTY LAKE HOLDINGS, LLC
885 THIRD AVENUE, SUITE 1940
NY, NY 10022


TX COMPTROLLER OF PUBLIC ACCTS
P.O. BOX 13528, CAPITOL STATIO
AUSTIN, TX 78711-3528

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967


U.S. EEOC - MIAMI DISTRICT OFF
MIAMI TOWER
100 SE 2ND STREET, STE 1500
MIAMI, FL 33131


U.S. SEC. AND EXCH. COMM.
NY REG. OFF., BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022


UNITED BEAUTY PRODUCTS
216 LITTLE FALLS RD UNIT #7
CEDAR GROVE, NJ 07009


UNITED HEALTHCARE
PNC BANK PO BOX 1697
NEWARK, NJ 07101


UNITED MECHANICAL
11540 PLANO ROAD
DALLAS, TX 75355-1206


UNITED STATES ATTORNEY SDNY
ATTENTION: TAX & BANKRUPTCY UN
86 CHAMBERS STREET, THIRD FL
NEW YORK, NY 10007


UNITED STATES TRUSTEE, REG. 2
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577


US DEPARTMENT OF TREASURY
PO BOX 979101
SAINT LOUIS, MO 63197-9000

US DEPT OF EDUCATION
PO BOX 790356
SAINT LOUIS, MO 63179-0356


US DEPT OF HEALTH & HUMAN SVCS
OFFICE OF THE GENERAL COUNSEL
26 FEDERAL PLAZA - ROOM 3908
NEW YORK, NY 10278-0068


US FOODSERVICE, INC.
PO BOX 75368
BALTIMORE, MD 21275


US MECHANICAL
25 WEST 26TH STREET
NEW YORK, NY 10010


VAUGHN GROOMING LLC
3800 NE 1ST AVE., 2ND FLR
MIAMI, FL 33137


VERIZON
PO BOX 4830
TRENTON, NJ 08650-4830


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VETERANS WORLWIDE MAINTENANCE
105 MAIN ST., 3RD FLR
HACKENSACK, NJ 07601


VICTORY BEAUTY SYSTEMS INC
PO BOX 650715
DALLAS, TX 75265-0715


VIENNA GLASS COMPANY INC
7873 COPPERMINE DRIVE
MANASSAS, VA 20109


W R RAYSON CO INC
720 SOUTH DICKERSON ST
BURGAW, NC 28425

WALGREENS


WASHINGTON GAS
PO BOX 37747
PHILADELPHIA, PA 19101-5047


WEBSTER BANK, N.A.
CITYPLACE II
185 ASYLUM STREET, 5TH FLOOR
HARTFORD, CT 06103-3494


WELLA CORPORATION
24444 NETWORK PLACE
CHICAGO, IL 60673-1244


WELLS FARGO BANK, N.A.
BUSINESS BANKING PROF. SVCS.
1740 BROADWAY, 3RD FLOOR
DENVER, CO 80265


WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA 50306-0306


WEST 28TH STREET CORP
31 W. 34TH ST, STE 7092
NY, NY 10001


WESTCHESTER COUNTY SHERIFF
110 DR MARTIN LUTHER KING JR B
WHITE PLAINS, NY 10601


WESTIN LA PALOMA
3800 E SUNRISE DRIVE
TUSCON, AZ 85718-3302


WI SCTF
PO BOX 74400
MILWAUKEE, WI 53274-0400


WILLARD INTERCONTINENTAL WASH DC
1401 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-1010

```
WILLIS OF NEW YORK, INC.
PO BOX 4557
NEW YORK, NY 10249-4557


WINTANA ALEM


WISE-VENTZ LLC
713 W MADERO CIRCLE
MESA, AZ 85210


XO COMMUNICATIONS
8851 SANDY PKWY
SANDY, UT 84070


XO-VERIZON
PO BOX 15043
ALBANY, NY 12212-5043


XPO LOGISTICS FREIGHT INC
PO BOX 5160
PORTLAND, OR 97208-5160


YA BABI, LLC
116 N ROOSEVELT SUITE 131
CHANDLER, AZ 85226


YEARLI
2480 WALER AVE NW
GRAND RAPIDS, MI 49544


YOTES DOCUMENT SOLUTIONS


YRC
PO BOX 100129
PASADENA, CA 91189-0129


ZAC BROWN
4622 NARRAGANSETT AVE
SAN DIEGO, CA 92107
```

ZAPIER INC.
548 MARKET ST #62411
SAN FRANCISCO, CA 94104-5401


ZAYO GROUP HOLDINGS, INC.
PO BOX 952136
DALLAS, TX 75395-2136


ZDENKA OLIC
1985 PARK STREET
ATLANTIC BEACH, NY 11509


ZEEL NETWORKS INC
45 W. 45TH STREET 16 FLOOR
NEW YORK, NY 10036